**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| REENA RACKI | * |
| d/b/a Reena Racki Associates | |
| 5520 Connecticut Avenue, N.W. | * |
| Suite 204 | |
| Washington, D.C. 20015 | * |
| | |
| Plaintiff | * |
| | |
| v. | *   CIVIL ACTION NO.: _____ |
| | |
| MIKE MEIER | * |
| 6525 76th Street | |
| Cabin John, MD 20818 | * |
| | |
| And | * |
| | |
| KIMIE NAGATA-MEIER | * |
| a/k/a KIMIE NAGATA | |
| 6525 76th Street | * |
| Cabin John, MD 20818 | |
| | * |
| And | |
| | * |
| HENDERSON L. WALKER | |
| 7600 Georgia Ave., N.W. | * |
| Washington, D.C. 20012 | |
| | * |
| And | |
| | * |
| H.L. WALKER & ASSOCIATES, P.C. | |
| 7600 Georgia Ave., N.W. | * |
| Washington, D.C. 20012 | |
| | * |
| Serve On: | |
| Henderson L. Walker | * |
| Resident Agent | |
| 7600 Georgia Ave., N.W. | * |
| Washington, D.C. 20012 | |
| | * |
| Defendants | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

Reena Racki, Plaintiff, by and through Howard G. Goldberg, Michael A. Simpson, and Goldberg, Pike & Besche, P.C., her attorneys, files this Complaint against Mike Meier, Kimie Meier-Nagata, Henderson L. Walker, and H.L. Walker & Associates, P.C., Defendants, and states:

1. Plaintiff now is, and at all times herein mentioned was, a licensed architect in the District of Columbia, with her principal place of business in the District. Plaintiff does business under the trade name "Reena Racki Associates."

2. Defendants Mike Meier and Kimie Nagata-Meier (hereinafter "the Meier Defendants") are married and currently domiciled in Cabin John, Maryland. The Meier Defendants own certain real property in the District of Columbia, located at 1004 Pennsylvania Avenue, S.E., Washington, D.C., 20003 (hereinafter "the Property").

3. Defendant Henderson L. Walker is a licensed architect in the District of Columbia, and maintains a principal place of business in the District. Upon information and belief, Mr. Walker is the sole owner of Defendant H.L. Walker & Associates, P.C., (hereinafter "the Walker Defendants"), an architectural firm incorporated under the laws of the District.

4. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1338. This Court has venue over this action pursuant to 28 U.S.C. §§ 1391, 1400.

5. On or about July 2, 2003, Defendant Mike Meier entered into an American Institute of Architects B-155 Standard Form of Agreement Between Owner and Architect for a Small Project (1993 ed.) for Plaintiff to provide, *inter alia*, architectural design services for proposed renovations to the Property. The B-155 Standard Form of Agreement states that Plaintiff retains all rights, "including the copyright," to the construction documents she created, which includes architectural drawings.

6. During the course of her design services, Plaintiff created various architectural drawings, including computer-assisted drawings ("CAD"), into which Plaintiff incorporated her architectural design concepts for the renovations to the Meier Defendants' Property.

7. As pertinent to this Complaint, Plaintiff prepared a set of architectural drawings on or about November 20, 2003, for the purpose of obtaining approval of her design concepts from the District of Columbia Historic Preservation Office. Incorporated into these drawings was a CAD of the "rear elevation" of the Property. Attached as Exhibit A is a true copy of the November 20, 2003 drawings, which are reduced to the 8.5" by 11" size in which they were submitted to the D.C. Historic Preservation Office. The Plaintiff's design concepts were ultimately approved by the D.C. Historic Preservation Office.

8. Plaintiff prepared a revised version of her architectural drawings on or about January 26, 2004. Attached as Exhibit B is a true and correct copy of the January 26, 2004 drawings, which have been reduced in size to 8.5" by 11" for the Court's convenience.

9. Plaintiff obtained registration of her November 20, 2003, and January 26, 2004 drawings from the United States Copyright Office on August 30, 2005. Attached as Exhibits C and D are true and correct copies of the registrations for the November 20, 2003, and the January 26, 2004 drawings.

10. Shortly after Plaintiff created the January 26, 2004, set of drawings Defendant Meier terminated Plaintiff's services. Defendant Meier then hired Defendants H.L. Walker & Associates, P.C. and Defendant Henderson Walker as his architect for the renovation of the Property (hereinafter the "Walker" Defendants). Upon information and belief, the Meier Defendants wrongfully instructed or authorized the Walker

Defendants to obtain and use Plaintiff's November 20, 2003, and January 26, 2004 design concepts and architectural drawings.

11.     On or about March 17, 2004, the Walker Defendants produced a set of architectural drawings that were substantially similar to Plaintiff's November 20, 2003, and January 26, 2004 architectural drawings, including the November 20, 2003 rear elevation CAD.  In so doing, Defendant Walker had copied and appropriated Plaintiff's original, copyrighted materials, namely the design concepts depicted in the architectural drawings and CAD attached as Exhibits A and B.

12.     The Meier Defendants used the Walker drawings on or about March 19, 2004 to apply, and ultimately obtain, a building permit from the District of Columbia to construct renovations to the Property, most of which, if not all, had been designed by Plaintiff.  In so doing, the Meier Defendants appropriated Plaintiff's original, copyrighted design concepts from the architectural drawings attached as Exhibits A and B.

13.     All of the Defendants' copyright infringements have caused Plaintiff to suffer pecuniary loss and damages to her business and profits.  In addition, the Walker Defendants earned unjust profits from the sale of their architectural services in producing a design derived from infringing Plaintiff's copyright of her architectural drawings.  The Meier Defendants have also earned unjust profits, which includes the value of the Property, minus the costs of renovation construction, the rental income derived from the renovations to the Property, and other profits resulting from their misappropriation of Plaintiff's design concepts.

WHEREFORE Plaintiff prays that the Court enter judgment in favor of Plaintiff and against Defendants and award Plaintiff:

A.     Actual damages in the amount of One Million Dollars ($1,000,000);

  B. Disgorgement of any and all profits of the Defendants that are attributable to their respective copyright infringements; and

  C. Interest, costs, and such other and further relief as this Court deems proper.

    /s/ *Howard G. Goldberg*
    Howard G. Goldberg (Bar No. 392070)
    Michael A. Simpson (Bar No. 455459)
    Goldberg, Pike & Besche, P.C.
    100 S. Charles St., Tower II
    Suite 1001
    Baltimore, Maryland 21201
    (410) 539-1004

    *Attorneys for Plaintiff*

## **DEMAND FOR JURY TRIAL**

Plaintiff demands a trial by jury.

    /s/ *Michael A. Simpson*
    Howard G. Goldberg (Bar No. 392070)
    Michael A. Simpson (Bar No. 455459)
    Goldberg, Pike & Besche, P.C.
    100 S. Charles St., Tower II
    Suite 1001
    Baltimore, Maryland 21201
    (410) 539-1004

    *Attorneys for Plaintiff*