

Office Rowhouse Renovation
HPRB Concept Submittal: 11/13/03



International Law Group, PLLC
1004 Pennsylvania Avenue, SE

Reena Racki Associates

## DEMOLITION WORK

The existing rear two-story brick garage and one-story addition, both built in the 1950's, will be demolished. This will accomplish several objectives including getting rid of a very unattractive structure; making it possible to open up the rear façade to let in more light and air; bring the lot coverage into zoning compliance; and provide rear open space and views. The demolition of these structures also provides enough room for fire-egress routes, parking, trash containers and usable outdoor space for the tenants. Lastly, a seven (7) foot tall brick wall will remain on the side lot boundaries and possibly on the alley for security.

## REAR FAÇADE RENOVATION

The newly exposed rear facade, visible from the public alley, will include a clear glass, clad wood curtain wall with a section of the existing brick wall with its punched openings remaining, and a three (3) foot wing wall for fire separation. The new wood-clad window wall system will open up the rear wall so that north light will illuminate the interior spaces. The colored clad mullions and spandrel panels echo the rhythm established by the existing brick structure which remains. The remaining bay of existing brick will express the functional core inside, including the fire stair, mechanical spaces, and bathrooms. The existing windows in this section of brick will be replaced with clad wood windows sympathetic to the originals. The brickwork will be repaired and re-pointed as necessary using historically correct mortar to match the existing in color, texture and hardness. The existing solid brick section and new light curtain wall visually balance one another and will clearly convey the program within. The brick wing wall on the east property line will have stripes of colored glazed bricks to match the cladding. This patterning continues the spandrel panels and provides visual interest.

## FRONT FAÇADE RESTORATION

The front façade will be restored to meet the National Park Service Standards of Rehabilitation and the Capitol Hill Historic District standards. Work will include replacing the existing vinyl windows with wood windows that match the original fenestration, cleaning, repairing and re-pointing the brick and limestone, repairing and/or replacing in-kind the zinc metal decorative elements on the upper floors, and installing a code-compliant transparent balustrade/handrail behind the original stone balustrade at the front entry.



Proposed Rear Elevation



PENNSYLVANIA AVENUE, SE



NORTH

NOT TO SCALE

SITE PLAN





SCALE: 3/32" = 1'-0"

ENLARGED SITE PLAN



basement    first floor    second floor    third floor

SCALE: 3/32" = 1'-0"

EXISTING FLOOR PLANS



PROPOSED FLOOR PLANS

SCALE: 3/32" = 1'-0"



existing elevation

proposed elevation

MEIER BUILDING
NEW ELEVATION
AT REAR

SCALE: 3/32" = 1'-0"

NORTH ELEVATION

Case 1:05-cv-01870-EGS    Document 1-2    Filed 09/22/2005    Page 9 of 10





MEIER BUILDING
NEW LONGITUDINAL SECTION THROUGH LIGHTWELL

Labels: BRICK FACE; "CURTAIN WALL" POZZI ASSEMBLED UNIT FROM FLOOR TO CEILING FOR EACH FLOOR. SUPPORTED AT EACH FLOOR.; EXISTING FOUNDATION FOR DEMOLISHED REAR PORCH