# MEIER/NAGATA RENOVATION

1004 PENNSYLVANIA AVE., S.E.
WASHINGTON, D.C. 20003

**DATE OF ISSUE**

**ARCHITECT**
REENA RACKI ASSOCIATES

**STRUCTURAL ENGINEERS**
TADJER-COHEN-EDELSON ASSOCIATES, INC.

**HVAC, PLUMBING & ELECTRICAL ENGINEERING**
MEPTECH INC.

**DRAWING SHEET INDEX**

TO BE EDITED

**VICINITY MAP**
SCALE: 1"=800'

**ZONING AND CODE INFORMATION**

---

**G0.1** — MEIER/NAGATA RENOVATION — 1004 PENNSYLVANIA AVE, SE — WASHINGTON, DC 20003 — COVER SHEET 1 OF 2

| MARK | DATE | DESCRIPTION |
|------|------|-------------|
|  | 1-29-04 | CHECK SET |















A3.1 — MEIER/NAGATA RENOVATION, 1004 PENNSYLVANIA AVE, SE, WASHINGTON, DC 20003 — EXTERIOR ELEVATIONS. A5/A3.1 REAR ELEVATION, 1/4"=1'-0".



MEIER/NAGATA RENOVATION
1004 PENNSYLVANIA AVE, SE
WASHINGTON, DC 20003

EXTERIOR ELEVATIONS













MEIER/NAGATA RENOVATION
1004 PENNSYLVANIA AVE, SE
WASHINGTON, DC 20003










