# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



Register of Copyrights, United States of America



**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VAu 635-036**

EFFECTIVE DATE OF REGISTRATION
**AUG 30 2005**
Month  Day  Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**1** Title of This Work ▼: MEIER OFFICE DESIGN
NATURE OF THIS WORK ▼ See Instructions: ARCHITECT'S DRAWINGS
Previous or Alternative Titles ▼: MEIER / NAKATA RENOVATION HISTORIC PRESERVATION DRAWINGS

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give   Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2 a** NAME OF AUTHOR ▼: REENA RACKI AIA
DATES OF BIRTH AND DEATH
Year Born ▼: 1948   Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No
Author's Nationality or Domicile Name of Country: Citizen of USA / Domiciled in USA
Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3 Dimensional sculpture  ☐ Map  ☒ Technical drawing
☐ 2 Dimensional artwork  ☐ Photograph  ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

**b** Name of Author ▼
Dates of Birth and Death  Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
Author's Nationality or Domicile Name of Country: Citizen of ___ / Domiciled in ___
Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3 Dimensional sculpture  ☐ Map  ☐ Technical drawing
☐ 2 Dimensional artwork  ☐ Photograph  ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

**3 a** Year in Which Creation of This Work Was Completed: 2003
**b** Date and Nation of First Publication of This Particular Work  Month ___ Day ___ Year ___ Nation ___

**4** COPYRIGHT CLAIMANT(S): REENA RACKI AIA, 3820 CONNECTICUT AVE NW, WASHINGTON DC 20013

APPLICATION RECEIVED AUG 30 2005
ONE DEPOSIT RECEIVED AUG 30 2005
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

MORE ON BACK ▶   Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions.  Sign the form at line 8

DO NOT WRITE HERE   Page 1 of 2 pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
   Yes

FORM VA

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☒ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼    Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

a
b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                      Account Number ▼

**7**

a
b

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

REENA RACKI
5520 CONNECTICUT AVENUE NW
WASHINGTON DC 20015

Area code and daytime telephone number (202) 363-4739    Fax number (202) 363 4113
Email  REENARACKI@AOL.COM

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
  Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

REENA RACKI                                    Date AUG 20, 2005

Handwritten signature (X) ▼
X  Reena Racki

**8**

Certificate will be mailed in window envelope to this address

Name ▼
REENA RACKI, AIA
Number/Street/Apt ▼
5520 CONNECTICUT AVE NW
City/State/ZIP ▼
WASHINGTON DC 20015

YOU MUST:
Complete all necessary spaces
Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington DC 20559-6000

**9**

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.