# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



Register of Copyrights, United States of America

 **Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REG  VAu 635-037



EFFECTIVE DATE OF REGISTRATION

AUG 3 0 2005
Month   Day   Year

---

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**1** Title of This Work ▼                     NATURE OF THIS WORK ▼ See Instructions

MEIER/NAGATA RENOVATION           ARCHITECT'S DRAWINGS

Previous or Alternative Titles ▼
MEIER OFFICE DESIGN

Publication as a Contribution If this work was published as a contribution to a periodical, serial or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give   Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2** NAME OF AUTHOR ▼                        DATES OF BIRTH AND DEATH
a REENA RACKI, AIA                          Year Born ▼  Year Died ▼
                                            1948

Was this contribution to the work a    Author's Nationality or Domicile       Was This Author's Contribution to the Work
'work made for hire'?                  Name of Country                        Anonymous?   ☐ Yes  ☒ No   If the answer to either
☒ Yes                                  OR { Citizen of  USA                   Pseudonymous? ☐ Yes ☒ No   of these questions is
☐ No                                       { Domiciled in USA                                            "Yes" see detailed instructions

**NOTE**
Under the law the author of a work made for hire is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check Yes in the space provided, give the employer (or other person for whom the work was prepared) as Author of that part, and leave the space for dates of birth and death blank.

Nature of Authorship Check appropriate box(es) **See Instructions**
☐ 3 Dimensional sculpture   ☐ Map         ☒ Technical drawing
☐ 2 Dimensional artwork     ☐ Photograph  ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

Name of Author ▼                             Dates of Birth and Death
b                                            Year Born ▼   Year Died ▼

Was this contribution to the work a     Author's Nationality or Domicile     Was This Author's Contribution to the Work
'work made for hire'?                   Name of Country                      Anonymous?   ☐ Yes  ☐ No   If the answer to either
☐ Yes                                   OR { Citizen of _____              Pseudonymous? ☐ Yes ☐ No   of these questions is
☐ No                                        { Domiciled in _____                                      "Yes" see detailed instructions

Nature of Authorship Check appropriate box(es) **See Instructions**
☐ 3 Dimensional sculpture   ☐ Map         ☐ Technical drawing
☐ 2 Dimensional artwork     ☐ Photograph  ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**3** Year in Which Creation of This Work Was        Date and Nation of First Publication of This Particular Work
a Completed  2004   This information     b Complete this information   Month _____ Day _____ Year _____
             must be given               ONLY if this work
             Year In all cases.          has been published.                                                  Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

REENA RACKI AIA
5520 CONNECTICUT AVE, NW
WASHINGTON DC 20015

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
AUG 3 0 2005
ONE DEPOSIT RECEIVED
AUG 3 0 2005
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

See instructions before completing this space

---

MORE ON BACK ▶   Complete all applicable spaces (numbers 5-9) on the reverse side of this page
                See detailed instructions   Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2

EXAMINED BY ____

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM VA

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work already been made in the Copyright Office?
☒ Yes  ☐ No  If your answer is "Yes" why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☒ This is a changed version of the work as shown by space 6 on this application.
If your answer is Yes, give Previous Registration Number ▼  Year of Registration ▼
PENDING                                                        2005

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼
MEIER/NAGATA RENOVATION DRAWINGS OF 11/20/03

**6**

b Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼
DESIGN DETAILS ADDED TO PREVIOUS DRAWINGS

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account.
Name ▼                                 Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼
REENA RACKI
5520 CONNECTICUT AVE NW
WASHINGTON DC 20015
Area code and daytime telephone number (202) 363-4739     Fax number (202) 863-4113
Email REENARACKI@AOL.COM

**CERTIFICATION*** I the undersigned hereby certify that I am the
check only one ▶
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of ____
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date
REENA RACKI                                               Date AUG. 20, 2005

Handwritten signature (X) ▼
X _Reena Racki_ AIA

Certificate will be mailed in window envelope to this address

Name ▼
REENA RACKI, AIA
Number/Street/Apt ▼
5520 CONNECTICUT AVE N.W.
City/State/ZIP ▼
WASHINGTON DC 20015

**9**

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington DC 20559-6000

17 U.S.C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500