# AFFIDAVIT OF SERVICE

I CERTIFY THAT I SERVED A SUMMONS/SUBPOENA BY HAND DELIVERY TO **Kimie NAGATA Meir** ON DATE **09/27/05**, AT LOCATION **6002 Ryland DR, Bethesda, MD - 20817** I LEFT ~~HIM~~/HER A COPY OF THE COMPLAINT AND THE FOLLOWING SUPPORTING PAPERS:

The person I left the papers with confirmed that (1) The above listed address was The defendant's residence or ~~usual~~ place of abode; (2) He/She is a resident of above listed address; (3) He/She is 18 years of age or older; (4) He/She is of Suitable discretion in that his/her relationship to the defendant is **Self**

Cost of service is $ **90.00**

Description of the defendant/ person served:

Race **Asia** Sex **F** Height **5'5"** Weight **110** Hair **BL** Age **33-43**

I solemnly affirm under the penalties of perjury that the contents of the foregoing Paper are true to the best of my knowledge, information and belief and do further affirm that I am a competent person over 18 years of age and not party to the case.

Date **09/27/05**

Signed _Scott A. Spampinato_

Ironside Legal Services
423 S. Ann St.
Balto., Md. 21231
410-808-2503

Case # **1:05CV01870**

**U.S. District Court / D.C.**