# AFFIDAVIT OF SERVICE

I CERTIFY THAT I SERVED A SUMMONS/SUBPOENA BY

HAND DELIVERY TO Kimie NAGATA MeiR, ON DATE

09/27/05, AT LOCATION 6002 Ryland Dr, Bethesda, MD. 20817

I LEFT HIM/(HER) A COPY OF THE COMPLAINT AND THE

FOLLOWING SUPPORTING PAPERS;

The person I left the papers with confirmed that: (1) The above listed address was The defendant's residence or usual place of abode; (2) He/(She) is a resident of above listed address; (3) He/(She) is 18 years of age or older; (4) He/(She) is of Suitable discretion in that his/her relationship to the defendant is Wife

Cost of service is $ 55.00

Description of the defendant/ person served:

Race Asian Sex F  Height 5'5" Weight 110 Hair BL Age 33-43

I solemnly affirm under the penalties of perjury that the contents of the foregoing Paper are true to the best of my knowledge, information and belief and do further affirm that I am a competent person over 18 years of age and not party to the case.

Date 09/27/05        Signed _____
                            Scott A. Spampinato

Ironside Legal Services
423 S. Ann St.
Balto., Md. 21231
410-808-2503

Case # 1:05CV01870

U.S. District Court /D.C.