## AFFIDAVIT OF SERVICE

I CERTIFY THAT I SERVED A SUMMONS/SUBPOENA BY

HAND DELIVERY TO _Brenda Walker_, ON DATE

_09/27/05_, AT LOCATION _Per Summons_

I LEFT HIM/HER A COPY OF THE COMPLAINT AND THE

FOLLOWING SUPPORTING PAPERS;

The person I left the papers with confirmed that; (1) The above listed address was
The defendant's residence or usual place of abode; (2) He/She is a resident of
above listed address; (3) He/She is 18 years of age or older; (4) He /She is of
Suitable discretion in that his/ her relationship to the defendant is _Daughter_

Cost of service is $ _90.00_

Description of the defendant/ person served:

Race _B_ Sex _F_ Height _5'6"_ Weight _160_ Hair _BL_ Age _30-40_

I solemnly affirm under the penalties of perjury that the contents of the foregoing
Paper are true to the best of my knowledge, information and belief and do further
affirm that I am a competent person over 18 years of age and not party to the case.

Date _09/27/05_                              Signed _[signature]_
                                             Scott A. Spampinato

                                             Ironside Legal Services
                                             423 S. Ann St.
                                             Balto., Md. 21231
                                             410-808-2503

Case # _1:05CV01870_

_U.S. District / D.C._