# AFFIDAVIT OF SERVICE

I CERTIFY THAT I SERVED A SUMMONS/SUBPOENA BY HAND DELIVERY TO _Brenda Walker_, ON DATE _08/27/05_, AT LOCATION _per Summons_.

I LEFT HIM/HER A COPY OF THE COMPLAINT AND THE FOLLOWING SUPPORTING PAPERS;

The person I left the papers with confirmed that: (1) The above listed address was The defendant's residence or usual place of abode; (2) He/She is a resident of above listed address; (3) He/She is 18 years of age or older; (4) He/She is of Suitable discretion in that his/her relationship to the defendant is _Daughter_

Cost of service is $ _55.00_.

Description of the defendant/ person served:

Race _B_   Sex _F_   Height _5'6"_   Weight _160_   Hair _BL_   Age _30-40_

I solemnly affirm under the penalties of perjury that the contents of the foregoing Paper are true to the best of my knowledge, information and belief and do further affirm that I am a competent person over 18 years of age and not party to the case.

Date _09/27/05_           Signed _[signature]_
                          Scott A. Spampinato

Ironside Legal Services
423 S. Ann St.
Balto., Md. 21231
410-808-2503

Case # _1:05CV01870_

U.S. District / D.C.