UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REENA RACKI<br>d/b/a Reena Racki Associates<br>5520 Connecticut Avenue, Suite 204<br>Washington, D.C. 20015<br>    *Plaintiff,*<br><br>        v.<br><br>MIKE MEIER<br>6525 76th Street<br>Cabin John, MD 20818<br><br>And<br><br>KIMIE NAGATA-MEIER<br>a/k/a KIMIE MEIER<br>6525 76th Street<br>Cabin John, MD 20818<br><br>And<br><br>HENDERSON L. WALKER<br>7600 Georgia Avenue, N.W.<br>Washington, D.C. 20012<br><br>And<br><br>H.L. WALKER & ASSOCIATES, P.C.<br>7600 Georgia Avenue, N.W.<br>Washington, D.C. 20012 | Civil Action No. 1:05-CV-01870 (EGS) |

### [PROPOSED] ORDER

Upon consideration of the Defendants' Motion to Dismiss based on *Colorado River*, as well as *Younger/Pennzoil*, it is on this _____ day of _____, 2005 hereby:

ORDERED, that the Plaintiff's Complaint be dismissed with prejudice.

_____
Judge

12