# THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

October 6, 2005

CASE NAME:  MIKE MEIER Vs. REENA RACKI et al

CASE NO.    2004 CA 009232 B

The above-captioned Civil Actions case has been scheduled for Pretrial Conference on the date and time shown below. All parties shall appear before Judge PATRICIA A BRODERICK

HEARING DATE: Tuesday, December 13, 2005

TIME: 9:30 am

LOCATION:  500 Indiana Avenue N.W.
           Courtroom 112
           WASHINGTON, DC  20001

PLEASE BRING THIS NOTICE WITH YOU WHEN YOU APPEAR.

Civil Division