## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

REENA RACKI
d/b/a Reena Racki Associates
5520 Connecticut Avenue, Suite 204
Washington, D.C. 20015
*Plaintiff,*

v.

MIKE MEIER
6525 76th Street
Cabin John, MD 20818

And

KIMIE NAGATA-MEIER
a/k/a KIMIE MEIER
6525 76th Street
Cabin John, MD 20818

And

HENDERSON L. WALKER
7600 Georgia Avenue, N.W.
Washington, D.C. 20012

And

H.L. WALKER & ASSOCIATES, P.C.
7600 Georgia Avenue, N.W.
Washington, D.C. 20012

Civil Action No. 1:05-CV-01870 (EGS)

## [PROPOSED] ORDER

Upon consideration of the Defendants' Motion to Dismiss based on *Colorado River*, as

well as *Younger/Pennzoil*, it is on this _____ day of _____, 2005 hereby:

ORDERED, that the Plaintiff's Complaint be dismissed with prejudice.

_____
Judge

12