**IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | |
|---|---|
| MIKE MEIER | : |
|     Plaintiff, | : |
| v. | : Civil Action No.: 04ca009232 |
| | : Calendar No.: 10 |
| REENA RACKI, et al. | : Judge Broderick |
| | : Next Event: Initial Scheduling Conference, |
|     Defendants. | :         3/4/05 at 9:30 A.M. |

**COUNTERCLAIM**

COMES NOW Defendant/Counterclaim Plaintiff Reena Racki ("Racki"), by counsel, and for her Counterclaim against Plaintiff/Counterclaim Defendant Mike Meier states as follows:

1. Reena Racki is an architect licensed to practice architecture in the District of Columbia.

2. Counterclaim Defendant Mike Meier is a resident of the District of Columbia.

3. This Court has jurisdiction over this Counterclaim pursuant to D.C. Code Section 11-921.

4. On or about July 2, 2003, Mike Meier entered into a contract with Reena Racki, pursuant to which Reena Racki was to provide architectural services in connection with the renovation of the property located at 1004 Pennsylvania Avenue, SE, Washington, DC 20003.

5. Reena Racki properly performed architectural services pursuant to the contract.

6. Mike Meier breached the contract by failing to pay architectural fees due Reena Racki under the contract.

7. The amount of architectural fees due and unpaid is $26,211.00 together with interest on such amount at the legal rate from January 31, 2004.

1

WHEREFORE, Defendant/Counterclaim Plaintiff Reena Racki prays for judgment against Plaintiff/Counterclaim Defendant Mike Meier in the amount of $26,211.00 or such other amount as may be proven at trial, pre-judgment interest at the legal rate on such amount from January 31, 2004, post-judgment interest at the judgment rate, and Defendant/Counterclaim Plaintiff's court costs and attorney's fees herein expended.

Respectfully submitted,

LEE & McSHANE, P.C.

By: _____
Arthur T. K. Norris, Esquire, D.C. Bar No. 438907
1211 Connecticut Avenue, N.W.
Suite 425
Washington, D.C. 20036
(202) 530-8100
(202) 530-8105 (fax)
*Counsel for Defendants Reena Racki and Reena Racki Associates*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Counterclaim was mailed, postage pre-paid, on this 28th day of December, 2004 to:

| Mike Meier
5324 43rd Street, N.W.
Washington, DC 20015
*Plaintiff, Pro Se* |

_____
Arthur T. K. Norris

S:\022\04DC010\041221-ents-01.doc