# Bill for Architectural Services

**Date:** August 5, 2003

**Bill to:** Michael Meier
5324 43rd Street NW
Washington DC 20015

**Phase:** Pre Design and Preliminary Design Services

| Task | Date | Architect | Hours | Fee |
|---|---|---|---|---|
| PDRM Meeting Setup | 7/17/2003 | LH | 1.25 | |
| PDRM Followup | 7/18/2003 | LH | 0.25 | |
| PDRM Mtg, Code Res, Mtg Notes | 7/23/2003 | LH | 7 | |
| Site Visit/Consultant Coordination | 7/31/2003 | LH | 4 | |
| Code Research/Project Analysis | 7/31/2003 | LH | 1.5 | |
| Zoning Research/Project Analysis | 7/31/2003 | LH | 2.5 | |
| Code Research/Project Analysis | 8/1/2003 | LH | 1.5 | |
| Zoning Research/ProjectAnalysis | 8/1/2003 | LH | 3.5 | |
| Schematic Stairs | 8/1/2003 | LH | 1.75 | |
| Set Up Zoning Meeting | 8/1/2003 | LH | 0.25 | |
| Input Plat Info, Plat Analysis | 8/1/2003 | LH | 1.5 | |
| Zoning Meeting Agenda Fax | 8/4/2003 | LH | 0.75 | |
| Site Analysis | 8/4/2003 | LH | 0.75 | |
| Zoning/Code Review with RR | 8/4/2003 | LH | 0.5 | |
| Subtotal for Lamar Henderson:$125/hr | | | 27 | $3,375 |
| fax/copies for 7/31 mtg. w/ consult. | 7/30/2003 | MM | 0.5 | |
| photo download/print, exist'g cond. | 7/31/2003 | MM | 1.5 | |
| Subtotal for Melanie Morales:$80/hr | | | 2 | $160 |
| Site Visits - 2 | multiple | RR | 6 | |
| Consultant Coordination | multiple | RR | 2 | |
| Code Research | multiple | RR | 4 | |
| Zoning Research | multiple | RR | 4 | |
| Meetings and Phone Calls | multiple | RR | 2 | |
| Subtotal for Reena Racki:$150/hr | | | 18 | $2,700 |
| Contact sheet site photos print/file | 7/15/2003 | JVG | 0.25 | |
| Subtotal for Jana Vander Goot: $50/hr | | | 0.25 | $25 |

Total Amount for Architectural Services thru 7/31/03   6,260.00
Total Amount Due   $6,260.00

Note: Reimbursables billed separately

ARCHITECTURE
URBAN PLANNING
INTERIOR DESIGN
REENA RACKI
ASSOCIATES
5520 CONNECTICUT
AVENUE, NORTHWEST
SUITE NUMBER 204
WASHINGTON, DC 20015
202-363-4739



## Bill for Architectural Services

**Date:** August 31, 2003

**Bill to:** Michael Meier & Kimie Nagata
5324 43rd Street NW
Washington DC 20015

**Phase:** Design and Construction Documents - Corrected Bill

| Task | Date | Architect | Hours | Fee |
|---|---|---|---|---|
| Notes Corrected/Updated | 7/24/2003 | LH | 1.25 | |
| Scope of Work/Mtg w/ Malnarti | 8/8/2003 | LH | 3.5 | |
| Site Visit/Documentation | 8/13/2003 | LH | 2 | |
| Stairs | 8/19/2003 | LH | 0.25 | |
| Review w/ Jana | 8/20/2003 | LH | 0.25 | |
| Code/stairs | 8/21/2003 | LH | 2 | |
| Floor Plans | 8/22/2003 | LH | 3.5 | |
| Code Review w/Reena & Lael | 8/28/2003 | LH | 2 | |
| Subtotal for Lamar Henderson: | | | 14.75 | $1,843.75 |
| | | | | |
| Exist'g plans & print for reference | 8/1/2003 | MM | 4.5 | |
| Hazmat fax | 8/4/2003 | MM | 0.25 | |
| Subtotal for Melanie Morales: | | | 4.75 | $380 |
| | | | | |
| Site Measurement: exterior, flr height | 8/13/2003 | LT | 4.25 | |
| Site Measurement: exterior, flr height | 8/14/2003 | LT | 2.25 | |
| Rear elevation/historic preservation | 8/20/2003 | LT | 3.75 | |
| Code analysis: egress stairs/façade | 8/28/2003 | LT | 1.25 | |
| Rear elevation | 8/29/2003 | LT | 0.75 | |
| | | | 12.25 | 612.4 |
| | | | | |
| General Office Mtg. | 8/4/2003 | JV | 0.5 | |
| General Office Mtg. | 8/8/2003 | JV | 0.5 | |
| Site Measurements w/ LT | 8/13/2003 | JV | 4 | |
| Input Measurements/Site Visit | 8/13/2003 | JV | 7.5 | |
| Print/Verify/Input Measurenments | 8/14/2003 | JV | 2.25 | |
| Bldg Section | 8/15/2003 | JV | 2 | |
| Bldg Section,FP: 00,01,02,03 | 8/18/2003 | JV | 7.5 | |
| Bldg Section,FP: 00,01,02,03/print LH | 8/19/2003 | JV | 3.5 | |
| General Office Mtg. | 8/19/2003 | JV | 0.5 | |
| Rear Elevation | 8/20/2003 | JV | 1 | |
| Filing | 8/22/2003 | JV | 0.25 | |
| General Office Mtg. | 8/25/2003 | JV | 0.5 | |
| Subtotal for Jana Vander Goot | | | 30 | $1,500.00 |

| | | | | |
|---|---|---|---|---|
| Meetings/Conf. w/ Structural Engineer | various | RR | 8 | |
| Meetings/Conf. w/ Mechanical Engine | various | RR | 6 | |
| Review Construction Documents | various | RR | 20 | |
| Communication, Project Supervision | various | RR | 20 | |
| City, Client and Contractor Meetings | various | RR | 5 | |
| | Subtotal for Reena Racki: | | 59 | $8,850 |

Total Amount for Architectural Services thru 8/31/03  $13,186.15

Note: Reimbursables billed separately

# Bill for Architectural Services

**Date:** September 30, 2003

**Bill to:** Michael Meier & Kimie Nagata
5324 43rd Street NW
Washington DC 20015

**Phase:** Construction Documents

| Task | Date | Architect | Hours | Fee |
|---|---|---|---|---|
| Floor Plans | 8/29/2003 | LH | 4 | |
| Stairs/Plans/Product Research/Shari | 9/2/2003 | LH | 8 | |
| Floor Plan | 9/4/2003 | LH | 4.75 | |
| Utility Core | 9/8/2003 | LH | 0.75 | |
| Site Visit/Roof Drawings | 9/10/2003 | LH | 5 | |
| Mtg w/Malnarti/Design/Code | 9/11/2003 | LH | 6.75 | |
| Revise Utility Core/Code | 9/12/2003 | LH | 2.5 | |
| Updates/Copies for DCRA | 9/16/2003 | LH | 5.5 | |
| Revised Scope Work/Malnati | 9/22/2003 | LH | 1.5 | |
| Specifications | 9/24/2003 | LH | 1.25 | |
| Revise Sections/review MEP | 9/25/2003 | LH | 9.5 | |
| Front/Rear Elevation | 9/29/2003 | LH | 7 | |
| MEP Coordiantion/revsions | 9/30/2003 | LH | 7 | |
| Subtotal for Lamar Henderson: | | | 63.5 | $7,938 |
| Site measure, travel, revise plans, plot set for Malnati mtg., photos | 9/10/2003 | MM | 6.5 | |
| Revise plans per site measure | 9/11/2003 | MM | 3 | |
| Front door/hardware search, call to HPD for mtl. Workers | 9/16/2003 | MM | 0.5 | |
| Measure front elev. Dtls, travel, photo download | 9/17/2003 | MM | 5.5 | |
| Railing dtl. To NE Ironworks | 9/25/2003 | MM | 2 | |
| Subtotal for Melanie Morales: | | | 17.5 | $1,400 |
| Deisgn, Contract Documents, Project Supervision | | RR | | |
| Meetings with Client. Contractor, Strcutural and Mechanical Engineers, City Officials, etc | | RR | 15 | $2,250 |
| Get Info to Measure w/ RR from LH | 9/1/2003 | JV | 0.25 | |
| Layouts for CD's/lighting w/ RR | 9/22/2003 | JV | 3.25 | |
| Prints/Title Block/Layout for CD's | 9/25/2003 | JV | 1 | |
| Subtotal for Jana Vander Goot | | | 4.5 | $225 |

Total Amount for Architectural Services thru 9/31/03  $11,813

# Bill for Architectural Services

**Date:** October 31, 2003

**Bill to:** Michael Meier & Kimie Nagata
5324 43rd Street NW
Washington, DC 20015

**Phase:** Construction Documents

| Task | Date | Architect | Hours | Fee |
|---|---|---|---|---|
| Coordinate, Revise MEP | 10/8/2003 | LH | 1.5 | |
| MEP Integration/Rear Design | 10/13/2003 | LH | 1.5 | |
| Meeting, Struct., Core | 10/16/2003 | LH | 4.75 | |
| Email WF Norton (sheet Metal) | 10/27/2003 | LH | 0.5 | |
| Reply email WF Norton | 10/28/2003 | LH | 0.25 | |
| Work with Carlos on Sections | 10/30/2003 | LH | 2.5 | |
| Subtotal for Lamar Henderson: | | | 11 | $1,375 |
| Follow-up, refax ironwork, e-mail ANC/HPRB for mtg. procedures | 10/14/2003 | MM | 0.75 | |
| Call N. Metzger @ CHRS | 10/20/2003 | MM | 0.25 | |
| Handrail fax for SS price, transmittal | 10/27/2003 | MM | 0.5 | |
| Handrail calls, new fax for SS price | 10/30/2003 | MM | 0.5 | |
| Subtotal for Melanie Morales: | | | 2 | $60 |
| Client, Contractor, Consultant Communucation Projec Design and Management | | RR | | |
| Subtotal for Reena Racki: | | | 12 | $1,800 |
| DD-fp01, ext. elev | 10/1/2003 | LT | 1.5 | |
| DD-fp00,fp01,fp02, fp03,roof, elev | 10/7/2003 | LT | 2 | |
| DD-fp00-fp03, roof, plots | 10/8/2003 | LT | 0.75 | |
| DD-elev, rear façade | 10/9/2003 | LT | 0.75 | |
| DD-rear façade-perspective | 10/10/2003 | LT | 3 | |
| DD-rear perspective | 10/13/2003 | LT | 2.25 | |
| DD-rear perspective | 10/14/2003 | LT | 4.25 | |
| DD-rear perspective, render | 10/15/2003 | LT | 8 | |
| DD-rear perspective, modifications | 10/16/2003 | LT | 4.75 | |
| ANC presentation booklet | 10/23/2003 | LT | 7.25 | |
| ANC presentation booklet | 10/24/2003 | LT | 1.5 | |
| ANC presentation booklet | 10/27/2003 | LT | 0.5 | |
| Code research on ADA | 10/28/2003 | LT | 3.5 | |
| Handicap stall | 10/31/2003 | LT | 0.75 | |
| Subtotal for Lael Taylor: | | | 40.75 | $2,038 |
| MEP Review Prints | 10/8/2003 | JV | 0.5 | |
| Subtotal for Jana Vander Goot | | | 0.5 | $50 |
| Total Amount for Architectural Services thru 10/31/03 | | | | $5,323 |

# Bill for Architectural Services

**Date:** November 30, 2003

**Bill to:** Michael Meier & Kimie Nagata
5324 43rd Street NW
Washington, DC 20015

**Phase:** Construction Documents

| Task | Date | Architect | Hours | Fee |
|---|---|---|---|---|
| Supervise/review work-Carlos | 11/3/2003 | LH | 4.5 | |
| Supervise/review work-Carlos | 11/4/2003 | LH | 1 | |
| Supervise/review work-Carlos | 11/5/2003 | LH | 0.75 | |
| Supervise/review work-Carlos | 11/6/2003 | LH | 1.25 | |
| Revise Stairs-Carlos | 11/10/2003 | LH | 4 | |
| Revise stairs/core-Carlos | 11/11/2003 | LH | 3 | |
| Revise Core-Carlos | 11/12/2003 | LH | 3.5 | |
| Structural/Fire Assemblies-cCarlos | 11/13/2003 | LH | 2.5 | |
| Fire Assemblies/Details/3rdClg-Carlos | 11/14/2003 | LH | 4 | |
| Revise Core-Carlos | 11/17/2003 | LH | 3 | |
| SpanDet/Mtgw/Mike | 11/18/2003 | LH | 3.5 | |
| Supervise/review work-Carlos | 11/19/2003 | LH | 1 | |
| Review work/FireAssemblies/Harsha | 11/20/2003 | LH | 3.5 | |
| Sanjay Mtg | 11/21/2003 | LH | 0.25 | |
| Subtotal for Lamar Henderson: | | | 35.75 | $4,469 |
| Wall Section - Details/ Elevations | 11/3/2003 | CO | 4.5 | |
| Wall Section - Details/ Elevations | 11/4/2003 | CO | 8 | |
| Wall Section - Details/ Elevations | 11/5/2003 | CO | 4 | |
| Wall Section - Details | 11/6/2003 | CO | 7.5 | |
| Wall Section - Details | 11/10/2003 | CO | 4 | |
| Wall Section - Details | 11/11/2003 | CO | 8.5 | |
| Wall Section - Details | 11/12/2003 | CO | 8 | |
| Wall Section - Details Sheet | 11/13/2003 | CO | 8 | |
| Wall Section - Details Sheet | 11/14/2003 | CO | 8 | |
| Wall Section - Details Sheet | 11/17/2003 | CO | 5.5 | |
| Wall Section - Details Sheet | 11/18/2003 | CO | 8.2 | |
| Wall Section - Details | 11/19/2003 | CO | 8 | |
| Wall Section - Details | 11/20/2003 | CO | 8 | |
| Wall Section - Details | 11/20/2003 | CO | 8 | |
| Subtotal for Carlos Ozores: | | | 98.2 | $7,856 |
| Calls, e-mails re: NPS walk-thru | 11/3/2003 | MM | 0.5 | |
| Preservation Briefs notes re: metal & masonry restoration | 11/4/2003 | MM | 3.75 | |

Page 1 of 4

| | | | | |
|---|---|---|---|---|
| Calls, e-mails re: NPS walk-thru | 11/3/2003 | MM | 0.5 | |
| Preservation Briefs notes re: Metal & Masonry Restoration Requirements | 11/4/2003 | MM | 3.75 | |
| Calls, Research, e-mails for Mortar Pointing and Scaffolding Permit | 11/5/2003 | MM | 1.5 | |
| HPD sign-off, repointing/scaffolding permit processing, travel, filing, notes | 11/6/2003 | MM | 7.5 | |
| Packet for HPRB - proj. descript., rev Review w/ LT | 11/7/2003 | MM | 4.5 | |
| HPRB packet revisions for Rear Stair | 11/12/2003 | MM | 3.75 | |
| HPRB packet revisions - final | 11/13/2003 | MM | 2 | |
| Help w/ HPRB presentation | 11/20/2003 | MM | 0.5 | |
| Answer CO questions re: railing | 11/21/2003 | MM | 0.25 | |
| | Subtotal for Melanie Morales: | | 24.25 | $1,950 |
| Historic Preservation Preparation | | RR | | |
| Client, Contractor, Consultant | | RR | | |
| Communications and Meetings | | RR | | |
| Site Visits, Project Management | | RR | | |
| | Subtotal for Reena Racki: | | 30 | $4,500 |
| Email new proposal to client | 11/10/2003 | LT | 1 | |
| Code analysis for FAR, Lot Cov. Revised Plan with Addition | 11/11/2003 | LT | 3.25 | |
| Revised Rear Elevation/New Persp. | 11/12/2003 | LT | 7.75 | |
| Elev & Persp. Rendering for booklet | 11/13/2003 | LT | 8 | |
| Mtg w/RR to discuss presentation | 11/14/2003 | LT | 0.75 | |
| Fax to Sanjay, poster revisions | 11/17/2003 | LT | 2.5 | |
| Persp: added beams, raised door | 11/19/2003 | LT | 1.5 | |
| Formatted 2nd poster for HPRB | 11/19/2003 | LT | 1.25 | |
| Finalized Posters for HPRB | 11/20/2003 | LT | 3.5 | |
| Revised Elev & Persp per HPRB | 11/20/2003 | LT | 0.75 | |
| | Subtotal for Lael Taylor: | | 30.25 | $1,513 |
| Bathrooms: interior elevations | 11/4/2003 | JV | 2 | |
| Discuss w/ LH, Bath Fixtures, PDF on | 11/6/2003 | JV | 1.5 | |
| Dnld, print, file photos | 11/19/2003 | JV | 0.25 | |
| Presentation for HRBM w/ LT | 11/20/2003 | JV | 0.75 | |
| | Subtotal for Jana Vander Goot | | 4.5 | $225 |

Total Amount for Architectural Services thru 11/31/03   $20,512
NoCharge Subtotal for    RR    -15    ($2,250)
Total Amount Due (minus $2250 fee reduction   18262.25

## Bill for Architectural Services

**Date:** December 31, 2003

**Bill to:** Michael Meier & Kimie Nagata
5324 43rd Street NW
Washington, DC 20015

**Phase:** Construction Documents

| Task | Date | Architect | Hours | Fee |
|---|---|---|---|---|
| Structure/review/analysis | 12/1/2003 | LH | 2 | |
| Holes fax for engineer | 12/3/2003 | LH | 0.5 | |
| Ttime sheets/ admin/phone | 12/5/2003 | LH | 1.5 | |
| Revise core/dwgs to Harsha | 12/8/2003 | LH | 2 | |
| Add. Dwgs Harsha/struct scope wk. | 12/9/2003 | LH | 3 | |
| Site visit w/Mike-Ernesto/ eval data | 12/10/2003 | LH | 4 | |
| Design FW assemblies | 12/11/2003 | LH | 1 | |
| Design FW assemblies (part 2) | 12/12/2004 | LH | 4.75 | |
| Dwgs to Harsha/Phone Discussion | 12/16/2003 | LH | 2.5 | |
| Revise Floor plans per struct | 12/17/2003 | LH | 4 | |
| Revise Flr plans | 12/18/2003 | LH | 1 | |
| Revise Sections Long. | 12/19/2003 | LH | 2.5 | |
| Revise Sections Long & traverse | 12/29/2003 | LH | 2 | |
| Revew existing stairs and exits | 12/30/2003 | LH | 2 | |
| Subtotal for Lamar Henderson: | | | 32.75 | $4,093 |
| Timesheet copies, highlight for mtg. | 12/5/2003 | MM | 0.25 | |
| Subtotal for Melanie Morales: | | | 0.25 | $20 |
| Project Coordination, Meetings | | RR | | |
| Details, Sections, Plans | | RR | | |
| Subtotal for Reena Racki: | | | 15 | $2,250 |
| Timesheets for Bill Review | 12/5/2003 | LT | 0.5 | |
| Download photos/contact sheets | 12/10/2003 | LT | 0.25 | |
| Filing: client correspondence | 12/17/2003 | LT | 0.25 | |
| Subtotal for Lael Taylor: | | | 1 | $50 |
| Total Amount for Architectural Services thru December 2003 | | | | $6,413 |
| Minus all of Reena Rackis time | | | | ($2,250) |
| **Amount Now Due** | | | | **$4,163** |

Note: Reimbursables billed separately

Page 1 of 1

| | Bill for Architectural Services | | | |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| **Date** | January 31, 2004 | | | |
| **Bill to** | Michael Meier & Kimie Nagata<br>5324 43rd Street NW<br>Washington, DC 20015 | | | |
| **Phase** | Construction Documents | | | |

*all LH should read January 04*

| Task | Date | Architect | Hours | Fee |
|---|---|---|---|---|
| Revise sections | 12/5/2004 | LH | 3.5 | |
| Revise floor plans | 12/6/2004 | LH | 6.5 | |
| DCRA meeting Lester/review/incorp | 12/7/2004 | LH | 5.5 | |
| 1st Shari prelem MP revise coord. | 12/8/2004 | LH | 6.5 | |
| CD layout/org. | 12/9/2004 | LH | 7 | |
| Revise sections | 12/12/2004 | LH | 5.5 | |
| Shari prelem MEP revise coord. | 12/13/2004 | LH | 4 | |
| Revise dwgs/ | 12/14/2004 | LH | 5 | |
| Fire stair detailing/ | 12/15/2004 | LH | 2.75 | |
| Specs | 12/16/2004 | LH | 6.25 | |
| Shaft wall detailing | 12/19/2004 | LH | 5.- | |
| Work on and Coord CD's w/staff | 12/20/2004 | LH | 6.5 | |
| 1st Struct prog set/rev/coord/CD's | 12/21/2004 | LH | 6.75 | |
| Shari pre MP rev coord CD's | 12/22/2004 | LH | 7.5 | |
| CD's/ Coord | 12/23/2004 | LH | 7.5 | |
| 2 Shari prelem MP rev/coord/CD's | 12/26/2004 | LH | 5.5 | |
| WingWall to TCE/TCE list | 12/27/2004 | LH | 6.25 | |
| Shari final E review coord. | 12/28/2004 | LH | 7 | |
| Mtg Meier/Shari Review/ | 12/29/2004 | LH | 5.5 | |
| Review struct w/Reena/coord CD's | 12/30/2004 | LH | 8 | |
| | Subtotal for Lamar Henderson: | | 118 | $14,750 |
| Timesheet copies, highlight for mtg. | 12/5/2003 | MM | 0.25 | |
| Permit application signatures | 1/26/2004 | MM | 0.75 | |
| Permit dwgs sht layout/file layout | 1/27/2004 | MM | 3.25 | |
| Door/window/finish schedules | 1/28/2004 | MM | 6.25 | |
| Win/door sched, add skylight, demo sections, noting, layouts, talk to LH re: door dtls, wall assemblies | 1/29/2004 | MM | 6 | |
| Wall assemblies, floor plan clean-up, cover sht, plotting | 1/30/2004 | MM | 4.25 | |
| | Subtotal for Melanie Morales: | | 20.75 | $1,660 |
| Project management, review, client, engineering, city meetings | | RR<br>RR | | |

Page 1 of 2

|  |  |  |  |  |
|---|---|---|---|---|
|  | Subtotal for Reena Racki: |  | 16 | $2,400 |
| Sheet layout | 1/15/2004 | LT | 2.25 |  |
| CD-Bath elev., A6.3 | 1/19/2004 | LT | 2 |  |
| CD-bath elev, plans, A6.2 | 1/20/2004 | LT | 5.5 |  |
| CD-A6.3, AD1.1, AD1.2, demo plans | 1/21/2004 | LT | 4.25 |  |
| Elev-demo | 1/22/2004 | LT | 0.25 |  |
| Photo CD/prep for mtg | 1/26/2004 | LT | 1 |  |
| Email: dwgs to TCE | 1/27/2004 | LT | 0.25 |  |
| G1.0, skylight dtl, wall sections | 1/30/2004 | LT | 6.5 |  |
|  | Subtotal for Lael Taylor: |  | 19.75 | $988 |

|  |  |
|---|---|
| Total Amount for Architectural Services thru January 2003 | $19,798 |
| No Charge | ($2,400) |
| Amount Now Due | $17,398 |

Note: Reimbursables billed separately

Summary Bill for Architectural Services- December 2003 and Janu[ary]

**Date**  December & January Bi[ll]

**Bill to**  Michael Meier & Kimie Nagata
5324 43rd Street NW
Washington, DC 20015

**Phase**  Construction Documents

| Task | Date | Architect | Hours |
|------|------|-----------|-------|

| | |
|---|---:|
| 1. Total Amount for January 2004 | $19,798 |
| *Minus all of Reena Racki's Time* | *($2,400)* |
| | $17,398 |
| 2. Total Amount for December 2003 | $6,413 |
| *Minus all of Reena Racki's Time* | *($2,250)* |
| | $4,163 |
| 3. Total Amount Now Due for Dec. and Jan. | $26,211 |
| *Minus all of Reena Racki's Time* | *-($4650)* |
| 4. Total Net Amount Now Due | $21,561 |
| *Additional No Charge Amounts* | *($2,000)* |
| Total Bill for Architectural Services | **$26,211** |
| *Total No Charge Deductions* | *($6,650)* |
| Current Net Bill after Deductions | $19,561.00 |

Note: Reimbursables billed separately

Page 1 of 1

### Bill for Architectural Services

**Date:** February 29, 2004

**Bill to:** Michael Meier & Kimie Nagata
5324 43rd Street NW
Washington, DC 20015

**Phase:** Construction Documents

| Task | Date | Architect | Hours | Fee |
|---|---|---|---|---|
| Review struct dwgs w/Reena | 2/1/2004 | LH | 3.5 | |
| Struct questions/CD's/mtg w/TCE | 2/2/2004 | LH | 8 | |
| CD's/clean-up | 2/3/2004 | LH | 5 | |
| | Subtotal for Lamar Henderson: | | 16.5 | $1,650 |
| Memo re: subdivision plat | 2/3/2004 | MM | 0.5 | |
| | Subtotal for Melanie Morales: | | 0.5 | |
| Review struct dwgs w/Lamar | 2/1/2004 | RR | 3.5 | |
| CD's/clean-up redlining | 2/1/2004 | RR | 3 | |
| Struct questions/CD's/mtg w/TCE | 2/2/2004 | RR | 8 | |
| CD's/clean-up redlining | 2/2/2004 | RR | 2 | |
| CD's/clean-up redlining | 2/3/2004 | RR | 7 | |
| | Subtotal for Reena Racki: | | 23.5 | $3,525 |

Total Amount for Architectural Services thru February 2004    $5,175

Note: Reimbursables billed separately