# EXHIBIT A

1        IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA

2                        CIVIL DIVISION

3      - - - - - - - - - - - - - - x     ORIGINAL

4      MIKE MEIER,                   :

5                 Plaintiff,         : CASE NO.: 04ca009232

6            V.                      : Calendar 10

7      REENA RACKI, et al.,          : Judge Broderick

8                 Defendants.        :

9      - - - - - - - - - - - - - - x

10

11               Deposition of MIKE MEIER

12                    Washington, D.C.

13                 Friday, May 27, 2005

14                      10:00 a.m.

15

16

17

18

19

20     Job No.: 1-57257

21     Pages: 1 - 361

22     Reported by:  Jane L. Vaughan


L.A.D.
REPORTING &
DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD

DEPOSITION OF MIKE MEIER
CONDUCTED ON FRIDAY, MAY 27, 2005

213

1          Yes.  And it was called Egyptian -- actually

2     it was mostly referring to Tadjer, Cohen at that

3     point.  They called it Egyptian engineering.

4          Q.   What does that mean?

5          A.   Building a pyramid basically.

6          Q.   You were looking at Tadjer, Cohen's

7     engineering drawings --

8          A.   That's right.

9          Q.   -- before Mr. Walker?

10         A.   Exactly.  They were sent to me and I think

11    delivered them to Mr. Walker.

12         Q.   Did those contain architectural drawings a

13    well?

14         A.   They sort of contained the outlines.  We

15    sort of had an idea of what Ms. Racki was planning to

16    do.  We were looking at that.

17              So, yes.  The fact of the over design, yes.

18         Q.   So the laughter and the comments.

19              Is there specific opinion that you are aware

20    of that Mr. Walker intends to --

21         A.   I don't recall any details but I believe

22    this is the --

DEPOSITION OF MIKE MEIER
CONDUCTED ON FRIDAY, MAY 27, 2005

359

1    CERTIFICATE OF SHORTHAND REPORTER – NOTARY PUBLIC

2           I, Jane L. Vaughan, Registered Professional

3    Reporter, the officer before whom the foregoing

4    deposition was taken, do hereby certify that the

5    foregoing transcript is a true and correct record of

6    the testimony given; that said testimony was taken by

7    me stenographically and thereafter reduced to

8    typewriting under my supervision; and that I am

9    neither counsel for, related to, nor employed by any

10   of the parties to this case and have no interest,

11   financial or otherwise, in its outcome.

12          IN WITNESS WHEREOF, I have hereunto set my

13   hand and affixed my notarial seal this 3rd day of June

14   2005.

15   My Commission Expires:

16   January 31, 2008

17   *Jane L. Vaughan, RPR*

18   _____

19   NOTARY PUBLIC IN AND FOR

20   DISTRICT OF COLUMBIA

21

22