# EXHIBIT B

```
 1         SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
 2                        Civil Division
 3    ---------------------------------X
 4    MIKE MEIER,                      :    ORIGINAL
 5              Plaintiff,             :
 6         v.                          :    Civil Action No.:
 7    REENA RACKI,                     :    04CA009232
 8         and                         :
 9    REENA RACKI ASSOCIATES,          :
10              Defendants.            :
11    ---------------------------------X
12
13            Deposition of HENDERSON L. WALKER
14                      Washington, D.C.
15                   Wednesday, June 1, 2005
16                         10:15 a.m.
17
18
19
20    Job No.:  1-57458
21    Pages:  1 - 90
22    Reported by:  STEPHANY L. JEROME, RPR
```



L.A.D. REPORTING & DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

1       A    I'm not aware of that.

2       Q    Did you receive copies of floor plans
3  prepared by Ms. Racki showing the existing structure?

4            MR. MEIER:  Asked and answered.

5            MR. NORRIS:  Well answer it again if you
6  will.

7            THE WITNESS:  I'm not aware.  I may have
8  received some preliminary drawings from Mr. Meier.
9  They may have been from the architect.

10  BY MR. NORRIS:

11      Q    Did you have a basis for knowing what the
12  Historic Preservation Board had approved in terms of
13  renovation?

14      A    Yes.

15      Q    What was your basis?

16      A    The drawings that I did look at -- the
17  drawing that I looked at.

18      Q    So you looked at drawings that depicted what
19  was approved by the Historic Preservation Board,
20  correct?

21      A    Yes.

22      Q    Who prepared those drawings; do you know?

1     A    No. I am assuming they could have been from
2 the architect.
3     Q    Did you use those drawings in preparing your
4 own architectural drawings?
5     A    I used whatever -- yes.
6     Q    The answer is yes?
7     A    Yes.
8     Q    How did you use those drawings?
9     A    Because we had to do whatever had been
10 approved by the Historical Department.
11     Q    Well, did you simply refer to the drawings
12 showing the historical approval issues or did you copy
13 from them in any way?
14     A    I referred to the drawings.
15     Q    Have you yourself obtained Historic
16 Preservation approval on projects that required it in
17 the past?
18     A    Many times.
19     Q    And what's your general experience with how
20 long that takes and how hard that is to get?
21     A    Well, normally if you can get on the
22 docket -- if you can get on the docket -- and it

```
 1      Q    And you believe you inputted these into your
 2  CAD and created them?
 3      A    Yes.
 4      Q    Where did you get the idea to design the
 5  project with the interior stairway as opposed to
 6  something at the rear and with the glass curtain wall
 7  at the rear of the building?
 8      A    That was primarily from the Historical
 9  Department drawings, concepts.  Whatever they
10  approved, we had to sort of stick with that.  We had
11  no choice.
12      Q    You had to stick with the design that was
13  already approved by Historic Preservation?
14      A    Yes.  We couldn't change that.
15      Q    The interior stair design was not part of
16  the Historical Preservation requirement, was it?
17      A    No, it was not.
18      Q    The interior of the building is not governed
19  by Historic Preservation?
20      A    No.  But it was required by code.
21      Q    And how did you develop the design for the
22  interior stair?
```

```
 1       A    That was in the preliminary drawing or
 2  whatever we received from Tadjer-Cohen.
 3       Q    So you used what was in the drawings you
 4  received from Tadjer-Cohen --
 5       A    Yes.  Since you had to have one there
 6  anyhow.
 7       Q    -- for the interior stair design, correct?
 8       A    So we had no problem utilizing that
 9  location.  In fact, that was the only location you
10  could use anyhow.
11       Q    You charged Mr. Meier the total that's
12  contained in those bills that we just marked as
13  exhibits, correct?
14       A    Uh-huh.
15       Q    How would you describe what you did for him
16  for that price?
17       A    I got him a building permit for his
18  construction project complete.
19       Q    So you did what was necessary to get a
20  building permit?
21       A    Yes.
22       Q    And you produced a permit set of plans?
```

DEPOSITION OF HENDERSON WALKER
CONDUCTED ON WEDNESDAY, JUNE 1, 2005

88

1   CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC

2           I, Stephany L. Jerome, the officer before whom the

3   foregoing proceedings were taken, do hereby certify that the

4   foregoing transcript is a true and correct record of the

5   proceedings; that said proceedings were taken by me

6   stenographically and thereafter reduced to typewriting under

7   my supervision; and that I am neither counsel for, related

8   to, nor employed by any of the parties to this case and have

9   no interest, financial or otherwise, in its outcome.

10          IN WITNESS WHEREOF, I have hereunto set my hand

11  and affixed my notarial seal this 20th day of June, 2005.

12  My commission expires:

13  March 31, 2006

14

15  *[signature: Stephany L. Jerome]*

16  _____

17  NOTARY PUBLIC IN AND FOR

18  THE DISTRICT OF COLUMBIA

19

20

21

22