# EXHIBIT C

*AIA Document B155*

# Standard Form of Agreement Between Owner and Architect for a Small Project

### 1993 SMALL PROJECTS EDITION

*Because this document has important legal consequences, we encourage you to consult with an attorney before signing it. Some states mandate a cancellation period or require other specific disclosures, including warnings for home improvement contracts, when a document such as this will be used for Work on the Owner's personal residence. Your attorney should insert all language required by state or local law to be included in this Agreement. Such statements may be entered in the space provided below, or if required by law, above the signatures of the parties.*

This **AGREEMENT** is made:
*(Date)*

**BETWEEN** the Owner:   MIKE MEIER & KIMIE NAGATA
5324 43RD ST NW
WASH. DC. 20015

and the Architect:   REENA RACKI AIA
5520 CONN. AVE. NW #204
WASH. DC 2005

for the following Project:   1004 PENNSYLVANIA AVE. SE.
WASH. DC. 20003

- FACADE RENOVATION
- CODE ANALYSIS & REMEDIAL RECOMMENDATION POSSIBLY TO INCLUDE NEW FIRE STAIR, REDESIGN STAIRS TO CODE ETC
- POSSIBLE REMOVAL OF INTERIOR WALLS W/ NEW RE STRUCTURAL MEMBERS
- MISC. IMPROVEMENTS. SUCH AS NEW FLOORING, LIGHTING. ETC.

The Owner and Architect agree as follows.

©Copyright 1993 by The American Institute of Architects, 1735 New York Avenue, N.W., Washington, D.C. 20006-5292. Reproduction of the material herein or substantial quotation of its provisions without the written permission of the AIA violates the copyright laws of the United States and will subject the violator to legal prosecution


**AIA DOCUMENT B155** • OWNER-ARCHITECT AGREEMENT—SMALL PROJECTS EDITION
AIA® • ©1993 • THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE,
N.W., WASHINGTON, D.C. 20006-5292 • **WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution.**


EXHIBIT #6 RACKI 6/6/05


B155—1993   1

## ARTICLE 1

### ARCHITECT'S RESPONSIBILITIES

The Architect shall provide architectural services for the project, including normal structural, mechanical and electrical design services. Services shall be performed in a manner consistent with professional skill and care.

1.1 During the Design Phase, the Architect shall perform the following tasks:

    .1 describe the project requirements for the Owner's approval;

    .2 develop a design solution based on the approved project requirements;

    .3 upon the Owner's approval of the design solution, prepare Construction Documents indicating requirements for construction of the project;

    .4 assist the Owner in filing documents required for the approval of governmental authorities; and

    .5 assist the Owner in obtaining proposals and award contracts for construction.

1.2 During the Construction Phase, the Architect shall act as the Owner's representative and provide administration of the Contract between the Owner and Contractor. The extent of the Architect's authority and responsibility during construction is described in this Agreement and in AIA Document A205, General Conditions of the Contract for Construction of a Small Project. Unless otherwise agreed, the Architect's services during construction include visiting the site, reviewing and certifying payments, reviewing the Contractor's submittals, rejecting noncomforming Work, and interpreting the Contract Documents.

## ARTICLE 2

### OWNER'S RESPONSIBILITIES

The Owner shall provide full information about the objectives, schedule, constraints and existing conditions of the project, and shall establish a budget with reasonable contingencies that meets the project requirements. The Owner shall furnish surveying, geotechnical engineering and environmental testing services upon request by the Architect. The Owner shall employ a contractor to perform the construction Work and to provide cost-estimating services. The Owner shall furnish for the benefit of the project all legal, accounting and insurance counseling services.

## ARTICLE 3

### USE OF ARCHITECT'S DOCUMENTS

Documents prepared by the Architect are instruments of service for use solely with respect to this project. The Architect shall retain all common law, statutory and other reserved rights, including the copyright. The Owner shall not reuse or permit the reuse of the Architect's documents except by mutual agreement in writing.

## ARTICLE 4

### TERMINATION, SUSPENSION OR ABANDONMENT

In the event of termination, suspension or abandonment of the project, the Architect shall be equitably compensated for services performed. Failure of the Owner to make payments to the Architect in accordance with this Agreement shall be considered substantial nonperformance and is sufficient cause for the Architect to either suspend or terminate services. Either the Architect or the Owner may terminate this Agreement after giving no less than seven days' written notice if the other party substantially fails to perform in accordance with the terms of this Agreement.

## ARTICLE 5

### MISCELLANEOUS PROVISIONS

5.1 This Agreement shall be governed by the law of the location of the project.

5.2 Terms in this Agreement shall have the same meaning as those in AIA Document A205, General Conditions of the Contract for the Construction of a Small Project, current as of the date of this Agreement.

5.3 The Owner and Architect, respectively, bind themselves, their partners, successors, assigns and legal representatives to this Agreement. Neither party to this Agreement shall assign the contract as a whole without written consent of the other.

5.4 The Architect and Architect's consultants shall have no responsibility for the identification, discovery, presence, handling, removal or disposal of, or exposure of persons to, hazardous materials in any form at the project site.

AIA DOCUMENT B155 • OWNER-ARCHITECT AGREEMENT—SMALL PROJECTS EDITION
AIA® • ©1993 • THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE,
N.W., WASHINGTON, D.C. 20006-5292 • **WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution.**

B155—1993    2

## ARTICLE 6
### PAYMENTS AND COMPENSATION TO THE ARCHITECT

The Owner shall compensate the Architect as follows.

6.1 The Architect's Compensation shall be: *HOURLY*
*(Indicate method of compensation.)*

>   PRINCIPAL      $150
>   SENIOR ARCH.   $125
>   INTERNS        $80
>   INTERNS        $50
>   INTERNS        $40
>   ADMIN          $40

of which an initial payment retainer of *TWENTY FIVE HUNDRED* dollars ($ *2500* ) shall be paid upon execution of this Agreement and shall be credited to the ~~final payment~~. *BILLS UNTIL CLIENT OWNS BUILDING AT WHICH POINT NEW RETAINER*

6.2 The Architect shall be reimbursed for expenses incurred in the interest of the project, plus an administrative fee of
percent ( *0* %).
*(List reimbursable items.)*

>   • COPIES, FAXES
>   • PHOTOGRAPHY DIGITAL
>   • PRINTING
>   • MILEAGE
>   • MISCELLANEOUS

6.3 If through no fault of the Architect the services covered by this Agreement have not been completed within ( *18* ) months of the date hereof, compensation for the Architect's services beyond that time shall be appropriately adjusted.

6.4 Payments are due and payable upon receipt of the Architect's invoice. Amounts unpaid ( *15* ) days after invoice date shall bear interest from the date payment is due at the rate of (      ), or in the absence thereof, at the legal rate prevailing at the principal place of business of the Architect.

*(Usury laws and requirements under the Federal Truth in Lending Act, similar state and local consumer credit laws and other regulations at the Owner's and Architect's principal places of business, the location of the Project and elsewhere may affect the validity of this provision.)*

6.5 Architectural services not covered by this Agreement include, among others, revisions due to changes in the scope, quality or budget. The Architect shall be paid additional fees for these services based on the Architect's hourly rates when the services are performed.

AIA DOCUMENT B155 • OWNER-ARCHITECT AGREEMENT—SMALL PROJECTS EDITION
AIA® • ©1993 • THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE,
N.W., WASHINGTON, D.C. 20006-5292 • WARNING: Unlicensed photocopying
violates U.S. copyright laws and will subject the violator to legal prosecution.

B155—1993   3

## ARTICLE 7
## OTHER PROVISIONS

*(Insert descriptions of other services and modifications to the terms of this Agreement.)*

STRUCTURAL ENGINEER
MECHANICAL ENGINEER
STRUCTURAL ENGINEER
WILL BE BILLED DIRECTLY TO CLIENT.

This Agreement entered into as of the day and year first written above.
*(If required by law, insert cancellation period, disclosures or other warning statements above the signatures.)*

July 2nd 2003

OWNER [signature]
(Signature)

5324 43rd St NW
(Printed name, title and address)
DC 20015

Ph. 202-265-9171

home 202-363-2944

ARCHITECT Reena Racki
(Signature)

REENA RACKI, PRINCIPAL
(Printed name, title and address)

5320 CONN AVE. NW #204

WASH. DC. 20015



CAUTION: You should sign an original AIA document which has this caution printed in red. An original assures that changes will not be obscured as may occur when documents are reproduced. See Instruction Sheet for Limited License for Reproduction of this document.