## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REENA RACKI | * |
|     Plaintiff | * |
| v. | *   Civil Action No.: 05-CV-1870 (EGS) |
| MIKE MEIER, et al. | * |
|     Defendants | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

WHEREAS, the Court has reviewed Defendants' Motion to Dismiss Plaintiff's Complaint for Copyright Infringement Based on *Colorado River*, and *Younger/Pennzoil*, and the Opposition thereto filed by Plaintiff, it is this _____ day of _____, 2005 ORDERED that the Motion is DENIED.

 

_____
The Honorable Emmet G. Sullivan
United States District Judge

cc:
Howard G. Goldberg, Esq.
Michael A. Simpson, Esq.
Goldberg, Pike & Besche, P.C.
100 S. Charles St., Tower II
Suite 1001
Baltimore, Maryland 21201

Christopher A. Teras, Esq.
Teras & Wilde, PLLC
1004 Pennsylvania Avenue, S.E.
Washington, D.C.  20003