**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| REENA RACKI | * |
|     Plaintiff | * |
| v. | *   Civil Action No.: 05-CV-1870 (EGS) |
| MIKE MEIER, et al. | * |
|     Defendants | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## STIPULATION OF DISMISSAL

Dear Clerk:

Due to a settlement between the parties, please dismiss all of Plaintiff's claims. The claims against Defendants Mike Meier and Kimie Nagata-Meier should be dismissed with prejudice.

Date: May 22, 2006

| | |
|---|---|
| */s/Michael A. Simpson* | */s/Christopher A. Teras* (w/ permission) |
| Michael A. Simpson (Bar # 455459) | Christopher A. Teras, Esq. |
| Goldberg, Pike & Besche, P.C. | Teras & Wilde, PLLC |
| 100 S. Charles St. | 1004 Pennsylvania Avenue, S.E. |
| Tower II, Ste. 1001 | Washington, D.C.  20003 |
| Baltimore, Maryland 21201 | |
| (410) 539-1004 | |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |